April 13, 1972

Commonwealth *v.* Adams, Appellant.

Submitted December 6, 1971. *Alexander Adams*, appellant, in propria persona; *Maxine J. Stotland* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.